**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jennifer May Seifert  CHAPTER 13
       Sherry L. Prislupsky
          Debtor(s)  BKY. NO. 20-11007 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nissan-Infiniti LT and index same on the master mailing list.

                          Respectfully submitted,
                          **/s/ Rebecca A. Solarz Esquire**
                          Rebecca A Solarz, Esquire
                          Kevin G. McDonald, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322