*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jennifer May Seifert and
Sherry L. Prislupsky
    Debtor(s)

Case No: 20−11007−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*RESCHEDULED time only*
Motion for Relief from Stay re : 2017 NISSAN ROGUE, VIN: JN8AT2MV8HW001746. , Filed by Nissan−Infiniti LT Represented by REBECCA ANN SOLARZ

    on: 8/25/20

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/11/20

Timothy B. McGrath
Clerk of Court

37 − 35
Form 167