United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 20-11007-mdc
Jennifer May Seifert                                            Chapter 13
Sherry L. Prislupsky
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Eileen          Page 1 of 1          Date Rcvd: Aug 11, 2020
                             Form ID: 167          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
jdb          +Sherry L. Prislupsky,   219 Andorra Glen Court,   Lafayette Hill, PA 19444-2522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
          JOSEPH L QUINN    on behalf of Debtor Jennifer May Seifert CourtNotices@rqplaw.com
          JOSEPH L QUINN    on behalf of Joint Debtor Sherry L. Prislupsky CourtNotices@rqplaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Nissan-Infiniti LT bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jennifer May Seifert and
Sherry L. Prislupsky
    Debtor(s)

Case No: 20−11007−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*RESCHEDULED time only*
Motion for Relief from Stay re : 2017 NISSAN ROGUE, VIN: JN8AT2MV8HW001746. , Filed by Nissan−Infiniti LT Represented by REBECCA ANN SOLARZ

on: 8/25/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/11/20

Timothy B. McGrath
Clerk of Court

37 − 35
Form 167