## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sherry L. Prislupsky<br>       Jennifer May Seifert<br>           Debtor(s) | CHAPTER 13 |
| Nissan-Infiniti LT<br>           Movant<br>   vs. | NO. 20-11007 MDC |
| Sherry L. Prislupsky<br>Jennifer May Seifert<br>           Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>           Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Nissan-Infiniti LT, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 NISSAN ROGUE , VIN: JN8AT2MV8HW001746  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   8th     day of September, 2020.

                                                  Magdeline D. Coleman
cc: See attached service list                         Chief U.S. Bankruptcy Judge

Sherry L. Prislupsky
219 Andorra Glen Court
Lafayette Hill, PA 19444

Jennifer May Seifert
219 Andorra Glen Court
Lafayette Hill, PA 19444

Joseph L. Quinn, Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101
Pottstown, PA 19464

William C. Miller Esq.
Chapter 13 Trustee P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532