United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jennifer May Seifert                                              Case No. 20-11007-mdc
Sherry L. Prislupsky                                             Chapter 13
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2              User: Keith           Page 1 of 1            Date Rcvd: Sep 09, 2020
                                 Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db/jdb              +Jennifer May Seifert,    Sherry L. Prislupsky,    219 Andorra Glen Court,
                    Lafayette Hill, PA 19444-2522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
          JOSEPH L QUINN      on behalf of Debtor Jennifer May Seifert CourtNotices@rqplaw.com
          JOSEPH L QUINN      on behalf of Joint Debtor Sherry L. Prislupsky CourtNotices@rqplaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Nissan-Infiniti LT bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                   TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sherry L. Prislupsky<br>          Jennifer May Seifert<br>                    Debtor(s) | CHAPTER 13 |
| Nissan-Infiniti LT<br>                    Movant<br>          vs. | NO. 20-11007 MDC |
| Sherry L. Prislupsky<br>Jennifer May Seifert<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Nissan-Infiniti LT, reviewed the file herein and after hearing,

is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take

possession and sell, lease, and otherwise dispose of the 2017 NISSAN ROGUE , VIN:

JN8AT2MV8HW001746  in a commercially reasonable manner.  The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.

Signed this   8th     day of September, 2020.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Sherry L. Prislupsky
219 Andorra Glen Court
Lafayette Hill, PA 19444

Jennifer May Seifert
219 Andorra Glen Court
Lafayette Hill, PA 19444

Joseph L. Quinn, Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101
Pottstown, PA 19464

William C. Miller Esq.
Chapter 13 Trustee P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532