United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11007-mdc |
| Jennifer May Seifert | Chapter 13 |
| Sherry L. Prislupsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 22, 2022 | Form ID: 138OBJ | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jennifer May Seifert, Sherry L. Prislupsky, 219 Andorra Glen Court, Lafayette Hill, PA 19444-2522 |
| 14469735 | | Jefferson University Hospitals, PO Box 3475, Toledo, OH 43607-0475 |
| 14469738 | + | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 14524483 | + | Nissan-Infiniti LT, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14469740 | + | Paradise Management, 555 Andora Glen Court, Lafayette Hill, PA 19444-2531 |
| 14469742 | + | PennState, 201 Old Main, University Park, PA 16802-1503 |
| 14502690 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14469750 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14469752 | + | Union County College, 1033 Springfield Ave, Cranford, NJ 07016-1598 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 22 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14485936 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2022 23:56:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14469728 | + | Email/PDF: bncnotices@becket-lee.com | Mar 22 2022 23:56:17 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14477768 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 22 2022 23:56:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14469729 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2022 23:56:09 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14481459 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 22 2022 23:56:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14487803 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2022 23:56:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14469730 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2022 23:56:23 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14498424 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2022 23:56:23 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14469731 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2022 23:54:00 | Comenitybank/eddiebaur, Po Box 182789, Columbus, OH 43218-2789 |
| 14469737 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2022 23:56:18 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14498240 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2022 23:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2022 | Form ID: 138OBJ | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 14469732 | + | Email/PDF: pa_dc_ed@navient.com | Mar 22 2022 23:56:09 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14473304 | | Email/Text: mrdiscen@discover.com | Mar 22 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14469733 | + | Email/Text: mrdiscen@discover.com | Mar 22 2022 23:54:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14469734 | + | Email/Text: bankruptcy@hvfcu.org | Mar 22 2022 23:55:00 | Hudson Valley Credit Union, 159 Barnegat Rd, Poughkeepsie, NY 12601-5402 |
| 14469736 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 22 2022 23:54:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14497777 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 22 2022 23:54:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14469741 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 23:56:22 | PayPal Buyer Credit, PO Box 960080, Orlando, FL 32896-0080 |
| 14469743 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14495917 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2022 23:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14469744 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 23:56:09 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14469745 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 23:56:09 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14469746 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 23:56:22 | Syncb/lenscrafters, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14469747 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 23:56:09 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 14469748 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 23:56:09 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14469749 | | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 23:56:16 | Syncb/walmart, PO Box 965024, El Paso, TX 79998 |
| 14497527 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2022 23:56:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14496782 | + | Email/Text: bncmail@w-legal.com | Mar 22 2022 23:55:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14469750 | + | Email/Text: bncmail@w-legal.com | Mar 22 2022 23:54:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14469751 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2022 23:56:18 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14469739 | *+ | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 14472830 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 22, 2022 | Form ID: 138OBJ | Total Noticed: 40

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2022           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Jennifer May Seifert CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Sherry L. Prislupsky CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nissan-Infiniti LT bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jennifer May Seifert and Sherry L. Prislupsky

      Debtor(s)

Case No: 20−11007−mdc

Chapter: 13

___

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/22/22